**MMP&S**
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516.712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

January 10, 2012

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Shneor Jusewitz v. Client Services, Inc.*
          Docket No.  :    11 CV 3740
          Our File No.  :    248-8019

Dear Honorable Judge Gold:

    This office represents defendant *Client Services, Inc.* in the above matter.

    Pursuant to the Court's Minute Entry dated October 26, 2011, and further to my discussions with plaintiff's counsel Adam Fishbein, please allow this letter to constitute the Joint Status Report as requested by the Court:

    (1) At this time, there are no disputes that necessitate Court intervention; and

    (2) The parties do not seek a settlement conference at this time.

    The Court's time and attention in this regard is greatly appreciated.

                                 Respectfully Submitted,

                                 SUSAN J. STROMBERG (SS 3954)
                               sstromberg@milbermakris.com

TO:    Adam J. Fishbein (AF-9508)
        Attorneys for Plaintiff
        483 Chestnut Street
        Cedarhurst, New York 11516
        (516) 791-4400
        Fax: (516) 791-4411
        fishbeinadamj@gmail.com